# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SUSAN WEST AND KAREN TREBES

VERSUS

BATON ROUGE GENERAL MEDICAL
CENTER

NO. 2019 CW 1460

**FEB 1 8 2020**

---

In Re: Baton Rouge General Medical Center, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. 633,393.

---

**BEFORE: HIGGINBOTHAM, PENZATO, AND LANIER, JJ.**

**WRIT NOT CONSIDERED.** Relator, Baton Rouge General Medical Center, violated the Uniform Rules of Louisiana Courts of Appeal, namely Rules 4-5(C)(6) & (11). Specifically, it failed to include the pertinent judgment on plaintiffs' Omnibus Motion in Limine, as well as a signed return date order. Due to these violations, it is impossible to ascertain the timeliness of Baton Rouge General Medical Center's writ application, or otherwise rule on its merits.

Supplementation of this writ application and/or an application for rehearing will not be considered. Rules 2-18.7 & 4.9, Uniform Rules of Louisiana Courts of Appeal.

In the event relator seeks to file a new application with this court, it must contain all pertinent documentation, including documentation to show the original writ application was timely, and must comply with Rule 2-12.2, Uniform Rules of Louisiana Courts of Appeal. Any new application must be filed on or before February 27, 2020, and must contain a copy of this ruling.

**TMH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

_DEPUTY CLERK OF COURT_
FOR THE COURT